STATE OF LOUISIANA

VERSUS

CLARENCE O. GIBSON

NO. 24-KH-393

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 23, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CLARENCE O. GIBSON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 07-6779

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**WRIT DENIED**

Relator, Clarence Gibson, seeks review of the trial court's July 31, 2024 order, denying his motion for castration. After review, we find relator is not entitled to the relief he seeks.

Relator was charged with aggravated rape of a known juvenile in violation of La. R.S. 14:42. In 2009, after a jury trial, he was convicted of the lesser included offense of sexual battery, in violation of La. R.S. 14:43.1, and sentenced to 25 years of imprisonment at hard labor. Relator's conviction and sentence were reviewed and upheld by this Court and the Louisiana Supreme Court. *State v. Gibson*, 09-486 (La. App. 5 Cir. 3/9/10), 38 So.3d 373, *writ denied*, 10-802 (La. 11/5/10), 50 So.3d 814.

On July 15, 2024, relator filed a pleading captioned as a motion for castration with the trial court. In it, relator based his request for castration on his First Amendment right to religious freedom, arguing that "Louisiana just passed a

24-KH-393

law for castrating persons convicted for sex crimes of minors." On July 31, 2024, the trial court denied relief, stating that relator's sentence is final and within legal limits.

The Louisiana Legislature recently enacted La. R.S. 14:43.7, effective August 1, 2024, generally providing that upon conviction of a sex offense when the victim is under the age of thirteen, the court may sentence the offender to be surgically castrated. *See* Act No. 651, §1, of the 2024 Regular Session. However, the statute specifically provides that it applies to offenses, "occurring on or after August 1, 2024." Therefore, La. R.S. 14:43.7 is inapplicable here.

To the extent that relator's motion for castration could be construed as a request to amend his sentence, we find such a request is procedurally barred by La. C.Cr.P. art. 881.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 23rd day of September, 2024.

**FHW**
**SMC**
**JGG**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/23/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-393**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Clarence O. Gibson #366576 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748